STATE OF NEW JERSEY v. RALPH BAKER.

May 2, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL D'ALESSANDRO.

May 2, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL D'ALESSANDRO.

May 2, 1988.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. MIGUEL LOPEZ.

May 2, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY PAGE.

May 2, 1988.

Petition for certification denied.